DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ENG NGOV,**
Appellant,

v.

**ASHLEY ALBRIGHT,**
Appellee.

No. 4D2022-1223

[December 7, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 2009000335DRAXMX.

Jennifer A. Kerr of Jennifer A. Kerr, PA, Stuart, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***